STATE OF NEW JERSEY v. GEORGE PARKER.

January 25, 1983.

Petition for certification denied.

ANTHONY ALIMENA v. UNIVERSAL WAREHOUSE, INC.

v.

NATIONAL FREIGHT INC.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD WILLIAM SMELSON.

January 25, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. FRED KRUG.

January 25, 1983.

Petition for certification denied.